UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Plaintiff,

-v.-

MIRIAM FRANCO AND RAMON CARMONA, *individually and as parents and natural guardians of K.C.*,

                Defendants.

20 Civ. 4760 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    For the reasons stated on the record on January 8, 2021, Plaintiffs' motion for attorneys' fees is DENIED and this case is DISMISSED as moot. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:    January 15, 2021
            New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge